Pumphrey, William
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, West Virginia 25813

16 April 2015



Presiding Judge
United States District Court
Beckley, West Virginia 25801

5:15-6509

Your Honor,
On my oath under the penalty of perjury, I attest that the following statements given herein are true and correct and given freely to the best of my ability. I have no matters before this Honorable Court but seek help.
I am the Plaintiff in:
1.) Pumphrey v. Hutchings, et al.; Case No. 2:14-CV-409-RBS-TEM (Eastern District of Virginia before the Honorable Chief Judge Rebecca Beach Smith)
2.) Pumphrey v. Kalluri, et al.; Case No. 149CL14000961-00 (Prince George Circuit Court - Commonwealth of Virginia - the Honorable Judge Nathan Lee presiding).
3.) Pumphrey v. USA, Case No. 2:14-CV-144-CW (Utah, a § 2255, the matter before the Honorable Judge Clark Waddoups).
4.) Pumphrey v. Wood, Case No. 1:12-CV-115-TS, (Recently dismissed with summary judgment awarded Defendant, I am seeking COA).

Your Honor, I arrived at FCI Beckly on 11 March 2015 from Petersburg FCC, in Virginia where I had spent thirteen (13) months in the Special Housing Unit (SHU - aka "the hole") on my request due to serious medical and psychological disorders. I won't take the Court's time to list all my ailment, medically but will send the Court my files if desired. The

1.

case of Pumphrey v. Hutchings mostly relates to the matters, herein but, the short version is I am never free of constant, severe pain, I've become short-tempered and noise sensitive, and I asked to be housed away from the general population because I am afraid I will hurt someone because of my nerves, pain and intolerance. The Court has my authority to speak to my physician - Dr. Dominick McLain - and psychologist - Dr. Weber - here at FCI Beckley.

I have recently been diagnosed with Anti-Social Personality Disorder at FCC Petersburg by psychologists. Medical experts have diagnosed me with (from top to bottom) Ischemic Disease of brain with cyst in left temporal lobe, complete spinal involvement Degenerative Disc/joint Disease (have had one (1) surgical ACDF in cervical (neck) of two (2) discs and have been diagnosed with additional, very severe foraminal stenosis in cervical spine with anterial spinal cord compression (stenosis) and ventrical + thecal sac compression), many failed discs in thoraxic spine, severe stenosis in lumbar spine, mottling along entire spine (myeloma is suspected), Pyeronie's Disease, and lastly Peripheral Vascular Disease of lower extremities (legs).

Because for the thirteen (13) months I remained in the SHU in Petersburg all that was done was to give me narcotics - steadily increased from codeine, to Oxycodone, and finally to 24 hr. Sustained Release Morphine - my condition and temperament has continued to deteriorate. Upon arrival at FCI-Beckly, several incidences occurred, the most troubling coming from an administrative staff member, serious to a fault, said to me: "You cant walk this yard." Meaning because of my offense, I would be in danger (my offense is receiving child pornography). His words mixing with my temper and bad health, I asked to

2.

to be housed in the SHU, here (Beckley). I'm already in a wheelchair and all I want is to be left alone to finish my time without me hurting anyone or getting hurt myself. That's the purpose of the SHU.

Last week my Unit Manager and psychologist ask if I'd like to participate in an "Re-Intergration Program" and I signed consent forms for same. I will eventually be moved elsewhere.

The problem is this: Because of the different court issues, matters develop at any given time. Two (2) weeks ago I had to beg the Warden (J. Coakley) for legal copies to be made, stamps, etc. (I am indigent) to meet court deadlines. I was harassed because Warden Coakley and Lieutenant are demanding I enter general population. I was one (1) day late with getting my documents in the mail.

On 10 April mail was forwarded from my old location with the Court's dismissal order. I had ten (10) days to Appeal (via COA), right? I have also be served with requests for Production of Documents and Interrogatories, on 3 April in the Circuit Court. In Judge Smith's Court I must respond to an opposition. Three (3) matters, one (1) way beyond late and, again, starting on 5 April, I started asking for copies to be made, stamps, etc. Because each of these cases require exhibits, it would do any good for me to copy by hand, but even if I did, I still need the stamps. I am locked in a single cell and there's no one to ask to borrow from even if that were an option.

Yesterday, Warden Coakley stopped at my cell to basically tell me if I wanted legal supplies, copies, stamps, etc., I needed to go to the yard. I've sent four (4) requests to Counselor Akers which have been ignored.

3.

Yesterday, I also spoke to Mr. Fowler, a Unit Manager who promised he'd send Mr. Akers to do everything needed, today (16 April). Neither one came.

Mail doesn't go out on weekends. The next opportunity to send my Motions, etc. is 20 April — which will make them All late. My COA is gone, now. I know the judge. BTW, Lieutenant Gibson is the SHU Lieutenant.

Finally, today, I asked Lieutenant Gibson for help. I showed him the deadlines of my legal work and what is required by the U.S. Supreme Court — "Bounds v. Smith," 430 U.S. 817 (1977) and "Penrod v. Zavaras, 84 F.3d 1399, 1403 (10th Cir. 1996) and Carper v. DeLand, 54 F.3d 613, 616 (10th Cir. 1995). These citations were supplied by my Judge in the Tenth Circuit. The point is that, even showing Lieutenant Gibson the prison's obligation, he said: "All you have to do to get all that [my legal supplies, copies, stamps, etc] is take your ass out on the yard and you can have all that." He gave me a dirty look and walked away. I am supposed to put my life in danger (or someone else's) just to satisfy Warden Coakley and Lieutenant Gibson's sense of machismo? I have already signed consent forms for some program I really know nothing about just for a chance of decent medical treatment.

I have one (1) stamp left. Lieutenant Gibson would not find the Court's address for me so the way I've addressed the envelope might preclude its delivery. Shoot, he might just order it tossed.

Your Honor, please help me. I'm asking for a Show Cause Order on Warden Coakley and Lt. Gibson. Or even just a polite phone call from you telling them they can't hold my legal access hostage. I really don't want to open another case but if it's the only way then I have to to prevent other cases being dismissed because of their behavior.

4.

I CAN ASK NO MORE of you. I sincerely THANK you for your efforts toward me.

Respectfully,

*[signature]*

William C. Pumphrey

Humphrey Williams #10475-091
Federal Correctional Institution - Beckley
P.O. Box 350
Beaver, West Virginia 25813

Presiding Judge
United States District Court
United States Courthouse
Beckley, West Virginia 25801

Urgent Legal Mail